# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1528

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Marcus Garcia Bland, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted:  July 19, 2002

Filed:   July 26, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

After Marcus Garcia Bland was charged with possessing with intent to distribute in excess of 50 grams of a mixture containing cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), Bland moved to suppress evidence seized from his residence.  The district court[*] denied the motion, Bland pleaded guilty, and the district court sentenced him to 210 months imprisonment and 5 years supervised release.

_____

[*]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

On appeal, Bland's counsel filed a brief and moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing the district court improperly denied the motion to suppress. Bland has not filed a pro se supplemental brief.

An appeal of the denied motion to suppress is foreclosed by Bland's unconditional guilty plea. <u>See</u> <u>United States v. Jennings</u>, 12 F.3d 836, 839 (8th Cir. 1994). Also, having independently reviewed the record, we find no nonfrivolous issues. <u>Penson v. Ohio</u>, 488 U.S. 75 (1988). Accordingly, we affirm the district court and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-